JS-6

# United States District Court
# Central District of California

FABIOLA E. RASTELLI.,

    Plaintiff,

    v.

NELSON CRUZ AND ASSOCIATES LLC,

    Defendant.

Case No. CV 21-08525 VAP (SHKx)

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of ninety (90) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  May 5, 2022

                                    VIRGINIA A. PHILLIPS
                                    United States District Judge